IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Mr. Michael Anthony Norton,
and Lunar Computation Systems, Inc.,

V.                                        Complaint for a Civil Case

The United States of America,             Civil No. ____2024 JUL 16 P 1: 26__
Federal Aviation Authority,
National Oceanic and Atmospheric Administration,      Jury Trial: No
National Aeronautic and Space Administration,
Department of Education,
Their Agencies,
Federal Communications Commission,
Department of Homeland Security,
Bangor (Maine) Police Department,
and
Bangor Police Officers Justin Carter
and Hermanson.

I.  The Parties of This Complaint

    A.  The Plaintiffs

        Mr. Michael Anthony Norton
        83 Elm St. Apt C
        Bangor, ME 04401
        (207) 249-2786
        michaelanortonsir@REDACTED
        MagnetismMike@mail.com

        Lunar Computations Systems, Inc. c/o Mr. Norton
    B.  The Defendants

        The U.S. FAA
                NOAA
                NASA
                Dept. of Education
                Their Agencies
                FCC
                DHS
                Bangor PD
                Mr. Justin Carter
                Mr. Hermanson

        FAA Office of Dispute Resolution
            AGC-70 Wilbur Wright Bldg.
            800 Independence Ave. SW
            Washington, D.C. 20591

        NOAA
        1401 Constitution Ave. NW
        5128
        Washington D.C. 20230

        NASA
        AL 2101 NASA Parkway
        Houston, TX 77058

        U.S. Dept. of Education
        400 Maryland Ave.
        SW Washington, D.C. 20202-7100

        FCC
        45 L Street NE
        Washington, D.C. 20554

        Bangor, City of (c/o for the Police Dept.)
        262 Harlow St.
        Bangor, ME 04401

II. Basis for Jurisdiction

   1st and 14th Ammendments of the U.S. Constitution, and Title IX.

III. Statement of Claim

   Employment discrimination, harrassment, and gross negligence.

   27 Years x $150,000.00 USD equals $4,050,000.00 USD; these are
   the damages sought by the Plaintiff.

   Airports, airlines, gas stations, and school systems display no
   ordinary and standard unit of space and time representing the
   daily distance between the Earth and Moon, which changes daily but
   is not exhaustive, nor the sum of mileage for that day's variable chang
   change.

   Both effect economy, communications, innovation, safety, and
   resiliency, daily, and in both wider and narrower time intervals.

   The Defendants are grossly negigent of this because some of their
   decisions have been guided to take advantage of the Plaintiffs'
   business instead, or try to, over the course of the past 27 years.

   In 1997, the Plaintiff Norton graduated from REDACTED with a degree
   in motion picture making, moved from REDACTED to California to
   pursue a career directing and producing entertainment content.

   Since that time, Defendants have tried to prevent that action from
   occurring using protocolas and processes, and resources, within
   their organizations and agencies, rather than applying their actions
   to meet the needs of their agencies and organizations.

   Most recently, Officers Carter and Hermanson threatened Mr. Norton
   on multiple occassions with almost verbatim inappropriate and
   inaccurate verbal claims, staing to Mr. Norton, "I know all about
   you." while serving him with Harrassment and Trespass warnings and
   filings with the District Attorneys of Maine illegally. The Plaintiff
   claims they and their agents and associates are being lied to by
   their superiors, and causing the continued action of employment
   discrimination against the Plaintiff, just as usajobs.gov, one of
   the U.S. agencies' devices is, September 1997-July 2024.

   The Plaintiff asks the Court if service to usajobs.gov, since they
   represent human resources for all of the U.S. agencies listed as
   Defendants, is more or less appropriate than seeking service via the
   U.S. Supreme Court?

IV.  Relief

Immediate relief sought is listed in the Plaintiff's attached operational plan for business, which has been prevented by the Defendants in perpetuity.

Mr. Norton seeks $4,050,000.00 for personal damages inficlicted aginst him, his identity, and businesses, whichxhasxbeenxprevented, his freedom and rights, for the duration listed in this complaint.

V.  Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

This has been goin on for way to long. I trust the Court will include consideration of John F. Kennedy's State of the Union address focusing on civil justice and equality on January 30, 1961. There is a great excerpt on the lobby wall of the U.S. Attorneys Office here in Bangor--not only via the libraries elsewhere and via Google, Bing, and Adobe's PDF8s.

Date of Signing:  July 16th, 2024

Signature of Plaintiff: ****

Printed Name of Plaintiff, (Not Art-Exchanger): Mr. Michael A. Norton

Lunar Computation Systems